IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUANTUMSOFT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-398 (MN) (LDH) |
| ) | |
| SATELLITE MOVING DEVICES GROUP ) | |
| B.V. and PAUL SINSNETT, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 3rd day of July 2024;

WHEREAS, on May 29, 2024, Magistrate Judge Hatcher issued a Report and Recommendation ("the Report") (D.I. 25) in this action, recommending that the Court grant Plaintiff QuantumSoft, Inc.'s Motion for Default Judgment Against Defendants Satellite Moving Devices Group B.V. and Paul Sisnett (D.I. 16);

WHEREAS, Plaintiff served the Report on Defendants on May 31, 2024 (D.I. 26); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 25) is ADOPTED.

Plaintiff QuantumSoft, Inc.'s Motion for Default Judgment Against Defendants Satellite Moving Devices Group B.V. and Paul Sisnett (D.I. 16) is GRANTED.  Plaintiff shall file an

amended form of judgment that awards damages in the amount of 355,262 €[1] for unpaid invoices, calculates its total pre-judgment interest award in U.S. Dollars at the statutory rate of 10.5% calculated per annum from December 20, 2022 through and including the date of the Default Judgment[2]; and awards post-judgment interest in U.S. Dollars, calculated from the date of the Default Judgment in accordance with the statutory rate pursuant to 6 DEL. C. § 2301, without compounding, until the judgment is paid in full.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order upon Defendants via overnight delivery within three (3) days of the entry of this Order.

                                                                *Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

---

[1] Should Plaintiff seek to enforce this judgment in United States courts, it shall submit an affidavit calculating the conversation of Euros to U.S. Dollar so the Court may enter an amended judgment.

[2] Plaintiff's proposed Default Judgment shall include the calculation for pre-judgment interest. In calculating pre-judgment interest, Plaintiff should assume the Default Judgment will be entered the next business day after the proposal is filed.